## McMANUS v. RUDDICK, Trustee.

### *Appeal from Lee District Court.*

### FRIDAY, OCTOBER 17.

*Rankin & Miller* for appellant.

*J. Tracy*, District Attorney, and *C. C. Nourse*, attorney for the state.

BALDWIN, C. J.— Upon the authority of *Lewis* v. *Barmby et al., ante,* this cause is reversed, in so far as the decree of the District Court directs the trustee to apply the first proceeds of the sale of the real estate to the payment of judgment in favor of the state, for the use of the school fund.

Reversed.